UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| SPENCER NEAL, | ) | CASE NO. 1:22-CV-896 |
| | ) | |
| Plaintiff, | ) | JUDGE PAUL L. MALONEY |
| | ) | |
| vs. | ) | |
| | ) | **STIPULATED** |
| SHYAM RADHEY INC., | ) | **NOTICE OF DISMISSAL** |
| | ) | |
| Defendant. | ) | |
| | ) | |

NOW COME the parties, by and through counsel, and hereby submits this Stipulated Notice of Dismissal pursuant to Fed. Civ. R. 41(a)(1)(A)(ii). The parties have resolved the dispute and, as such, Plaintiff now desires the dismissal of all claims against Defendant with prejudice without costs or attorneys fees.

Respectfully submitted,

**/s/ COLIN G. MEEKER**
Colin G. Meeker

Attorney for Plaintiff, Spencer Neal


Respectfully submitted,

**/s/ JOHN STANLEY SHERSTON**
John Stanley Sherston

Attorney for Defendant Shyam Radhey Inc.